UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE DANIEL CASTILLO-ANTONIO,

          Plaintiffs,

    v.

RAMZI SEBO, et al.,

          Defendants.

Case No. 17-cv-05972-SI (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 10/5/18 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: January 31, 2019.

DESIGNATION OF EXPERTS: October 31, 2018; REBUTTAL: November 16, 2018;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: January 31, 2019.

DISPOSITIVE MOTIONS **SHALL** be filed by; February 15, 2019;
    Opp. Due: March 1, 2019; Reply Due: March 8, 2019;
    and set for hearing no later than March 22, 2019 at 10:00 AM.

PRETRIAL CONFERENCE DATE: May 7, 2019 at 3:30 PM.

JURY TRIAL DATE: May 20, 2019 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 3 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The deadline to amend the pleadings is 8/31/18.
The parties will follow up with Howard Herman re: Mediation on 5/30/18.

| | |
|---|---|
| 1 | The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action. |

**IT IS SO ORDERED**.

Dated: 5/30/18

_____
SUSAN ILLSTON
United States District Judge